**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JOHN WILLIAM ARMSTRONG                                                                PLAINTIFF

v.                                       No. 1:13CV00115-JLH-JJV

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and hereby are approved and adopted in their entirety as this Court's findings in all respects.

DATED this 24th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE