**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JOHN WILLIAM ARMSTRONG                                                    PLAINTIFF

v.                                        No. 1:13CV00115-JLH-JJV

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                           DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is CONSIDERED, ORDERED, and

ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent

with the opinion in this case.  This is a "Sentence Four" remand within the meaning of 42 U.S.C.

§ 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 24th day of September, 2014.

_____
J.  LEON HOLMES
UNITED STATES DISTRICT JUDGE