**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JOHN WILLIAM ARMSTRONG                                                    PLAINTIFF

v.                                          No. 1:13CV00115-JLH-JJV

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                           DEFENDANT

**ORDER**

On November 10, 2014, John Armstrong filed an application for attorney's fees, seeking fees

in the amount of $5,377.21.  The time for objecting has expired, and no objection has been filed.

Therefore, the application is GRANTED.  Document #19.  Attorney's fees are awarded to John

Armstrong in the amount of $5,377.21.

IT IS SO ORDERED this 1st day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE